FILED
John E. Triplett, Clerk of Court
United States District Court
*By jamesburrell at 2:57 pm, Jun 04, 2025*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 1:25CR-37 |
| | ) |
| v. | ) FILED UNDER SEAL |
| | ) |
| IRIS CANDACE YOUNG, | ) 18 U.S.C. § 922(a)(1)(A) |
| RAYMOND GREGORY MYERS, and | ) Engaging in the Business |
| WILLIAM RAYMOND MYERS | ) Without a License (Firearms) |
| | ) |
| | ) 26 U.S.C. § 5861(a) |
| | ) Failure to Register as Dealer, |
| | ) Manufacturer, or Importer, or to |
| | ) Pay Required Tax |
| | ) |
| | ) 18 U.S.C. § 922(o)(1) |
| | ) Illegal Possession of a |
| | ) Machinegun |
| | ) |
| | ) 26 U.S.C. § 5861(e) |
| | ) Transfer of Firearm in Violation |
| | ) of National Firearm Act |
| | ) |
| | ) 26 U.S.C. § 5861(f) |
| | ) Making a Firearm in Violation of |
| | ) National Firearm Act |

## MOTION TO SEAL INDICTMENT

**COMES NOW**, the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and Henry W. Syms, Jr., Assistant United States Attorney, and petitions the Court to SEAL the indictment and this motion and order in the above-captioned case, based on the following:

1. The Grand Jury for the Southern District of Georgia has issued an indictment as captioned above;

2. Publication of the indictment could compromise the apprehension of the defendants in this case;

WHEREFORE, the premises considered, the Government prays that the Court will ORDER that the indictment, this motion, and any order by the Court be sealed until such time the defendant is in custody, or upon further order of this Court.

This 3rd day of June 2025.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Henry W. Syms, Jr.*

Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar No. 695009